**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

**MAY 16 1997**

**PATRICK FISHER**
**Clerk**

|  |  |
|---|---|
| IN THE MATTER OF DAVID L. SMITH, <br><br> Attorney-Appellant. | Nos. 96-1254 & 96-1256 <br> (D.C. Nos. 96-DP-4 & 95-CC-5) <br> (D. Colo.) |

**ORDER AND JUDGMENT**[1]

Before **BRORBY, EBEL** and **KELLY**, Circuit Judges.

This entire case is sealed.  For a copy of this decision, please see Patrick Fisher.

---

[1]  This order and judgment is not binding precedent except under the doctrines of law of the case, *res judicata* and collateral estoppel.  The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.